In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of EUGENE TYMESON, Deceased.— Motion denied, without costs, and without prejudice to an application to the Surrogate's Court of

Westchester county. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.